AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|
| V. | |
| FREDERICK JENKINS and WILLIE JENKINS | FILED IN CHAMBERS U.S.D.C. Atlanta |
| _Defendant_ | Case  1:14-CR-192   JUN 6 2014<br>JAMES N. HATTEN, Clerk<br>By: _____ Deputy Clerk |

Upon motion of the __U. S. GOVERNMENT__, it is ORDERED that a detention hearing is set __June 11, 2014__ * at __2:30 pm__
   _Date_                                _Time_

before __LINDA T. WALKER__
   _Name of Judicial Officer_

__Courtroom 1860, U. S. Courthouse 75 Spring Street, S.W. Atlanta., GA 30303__
   _Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ ) and produced for the
   _Other Custodial Official_

Date: __06/06/14__                    _Linda J. Walker_
                                      _Judicial Officer_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

   A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.