# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:14-cr-00192-ODE-AJB
### USA v. Jenkins et al
### Honorable Alan J. Baverman

Minute Sheet for proceedings held In Open Court on 11/25/2014.

TIME COURT COMMENCED: 10:09 A.M.
TIME COURT CONCLUDED: 12:33 P.M.
TIME IN COURT: 2:24
OFFICE LOCATION: Atlanta

COURT REPORTER: Gigi Simcox
TAPE NUMBER: FTR
DEPUTY CLERK: Lisa Enix

| | |
|---|---|
| DEFENDANT(S): | [1]Frederick Jenkins Present at proceedings<br>[2]Willie Jenkins Present at proceedings |
| ATTORNEY(S) PRESENT: | Nekia Hackworth representing USA<br>Steven Sadow representing Frederick Jenkins<br>Dwight Thomas representing Willie Jenkins |
| PROCEEDING CATEGORY: | Evidentiary Hearing; |
| MINUTE TEXT: | Witness Special Agent Lashon Wright, sworn and testified. Government's Exhibits #1 - 2 Admitted. Defendant's Exhibits # 1- 7 Admitted. Court's Exhibit #1 Admitted. |
| HEARING STATUS: | Hearing not concluded. Court adjourned until further ordered. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |
| ADDL HEARING(S) SCHEDULED: | Evidentiary Hearing continued until 12/18/2014 at 9:30 a.m. in Courtroom 1879; |