UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta

FEB 18 2015

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | 1:14-CR-192-ODE |
| FREDERICK JENKINS and WILLIE JENKINS | |

ORDER

This criminal action is before the Court on the Consent Motion to Continue Trial currently set for March 23, 2015, filed April 17, 2015.

This is the first request to continue the trial and the Government does not oppose this motion. Finding good cause for the continuance and finding that the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial, the motion [Doc. 74] is GRANTED and the case is continued until **Monday, May 18, 2015 at 9:30 a.m.**  In addition, the Court will agree to recess on Friday, May 22, 2015 to recognize Mr. Thomas' Leave of Absence for that day.  The trial will resume on Tuesday, May 26, 2015 at 9:30 a.m.

IT IS FURTHER ORDERED that the time between February 17, 2015 through Monday, May 18, 2015 is excludable pursuant to Title 18, USC § 3161(h)(7).

SO ORDERED, this _18_ day of February, 2015.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE