IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION FILE NO. |
| v. | : 1:14-CR-192-ODE-AJB |
| | : |
| FREDERICK JENKINS (1) and | : |
| WILLIE JENKINS (2) | : |

ORDER

This criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Alan J. Baverman filed January 29, 2015 [Doc. 63] ("R&R").  No objections have been filed.

In the R&R, the Magistrate Judge recommends that the motions to suppress filed by each Defendant and Defendant Willie Jenkins' motion to sever defendants be denied.  Specifically, the Magistrate Judge noted that the Court held evidentiary hearings on the motions to suppress but that instead of filing post-evidentiary hearing briefs, each Defendant filed a nearly identical pleading conceding that they were not in custody when interviewed and that their statements were voluntary.  In addition, the Magistrate Judge concluded that Willie Jenkins was satisfied with the government's proposed redactions since he did not file a supplemental motion under Bruton by August 29, 2014 indicating his dissatisfaction, as directed at the pretrial conference.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby adopted as the opinion and order of the Court.  For the reasons set forth in the R&R, Defendants' motions to suppress [Docs. 39, 43] and Defendant Willie Jenkins' motion to sever [Doc. 44] are DENIED.

SO ORDERED, this __18__ day of March, 2015.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE